**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7703**

SAMUEL ELLIS,

            Plaintiff - Appellant,

      v.

ROBERT LEWIS; PAULA SMITH; YVONNE LOCKLEAR; DR. RON BELL;
TERI CATLETT,

            Defendants - Appellees,

      and

GLENN WILLIAMS; HOPE SMITH; STEVE BISSELL; BONNIE
STRICKLAND; SHARON KRISTOFF,

            Defendants.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Louise W. Flanagan,
District Judge. (5:12-ct-03122-FL)

Submitted:  May 24, 2016              Decided:  June 2, 2016

Before WILKINSON, MOTZ, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Samuel Ellis, Appellant Pro Se.  Donna Elizabeth Tanner, NORTH
CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina; Lucian
P. Sbarra, HEDRICK GARDNER KINCHELOE & GAROFALO, LLP, Charlotte,

North Carolina, for Appellees.

————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel Ellis appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Ellis v. Lewis, No. 5:12-ct-03122-FL (E.D.N.C. Sept. 29, 2015). We deny Ellis' motion to appoint counsel and for the release of documents and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED